UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID NELSON and
JOSEPH ORLANDO

        Plaintiff,                   CASE NO.:   2:19-cv-00874-JLB-MRM

vs.

COLLIER AUTOMOTIVE GROUP,
INC., a Florida Profit Corporation, dba
COLLIER GOODYEAR CAR CARE
CENTER; and ROBERT D.
LLEWELLYN JR., Individually

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, the Parties to this action, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this case, without prejudice, with all parties to bear their own costs.

Respectfully submitted this 30th day of June, 2020.

| /s/ Angeli Murthy | /s/ Suzanne M. Boy |
|---|---|
| Angeli Murthy, Esquire | Suzanne M. Boy |
| Florida Bar No.: 088758 | Florida Bar No. 0035400 |
| MORGAN & MORGAN, P.A. | BOY AGNEW POTANOVIC, PLLC |
| 8151 Peters Road | Trial Attorneys for Defendants |
| Suite 4000 | 4415 Metro Parkway, Suite 110 |
| Plantation, Florida 33324 | Fort Myers, Florida 33916 |
| Telephone: (954) 318-0268 | 239.208.6515 (telephone) |
| Facsimile:  (954) 327-3016 | 239.208.6511 (facsimile) |
| Email: amurthy@forthepeople.com | Primary Email: suzanne@bapfirm.com |
| *Attorneys for Plaintiffs* | Secondary Email: service@bapfirm.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of such filing to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.